Nilesh Choudhary, 219425
Joel Rapaport, 248847
Choudhary Law Office
2377 Gold Meadow Way, 100
Gold River, CA 9670
P: (916) 526-2770
F: (916) 944-2051
jdrapaport@gmail.com

Attorney for Plaintiffs,
Mark Thomsen and Dawn J. Thomsen

UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| MARK THOMSEN, DAWN J. THOMSEN, ) | Case No.: 2:09-CV-01108-FCD-EFB |
| ) | |
| Plaintiffs ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE FILING DATE OF JOINT** |
| v. ) | **STATUS REPORT** |
| ) | |
| SACRAMENTO METROPOLITAN FIRE ) | |
| DISTRICT; LOCAL 552 UNION; PAT ) | |
| MONAHAN, an individual BRIAN RICE, an ) | |
| individual, MATT KELLEY, an individual, ) | |
| GREG GRENADOS, an individual, and ) | |
| DOES 1-50, inclusive, ) | |
| ) | |
| Defendants ) | |
| ) | |

  Whereas the Plaintiff's Counsel interpreted Paragraph 4 of Document 4 in the Court's file of the above entitled proceeding to mean that the Joint Status Report was to be filed within 60 days of the Service of the Complaint on all parties, or the removal of the action to this Court.

  Whereas three of the Defendants, the Local Union 522, Pat Monahan, and Brian Rice accepted service by Waiver on May 29, 2009.

  Whereas all parties request additional time to meet and confer regarding the Joint Status Report.

Stipulation and Order to Continue Filing Date of Joint Status Report
1

The parties through their undersigned counsel to the above captioned proceeding do hereby stipulate to the following pursuant to Eastern District Local Rule 83-143, and request that the court make orders consistent herewith:

The Joint Status Report's operative filing date be continued to July 20, 2009.

Dated: June 18, 2009          CHOUDHARY LAW OFFICE

                                        s/ Joel Rapaport
                                        Joel Rapaport, attorney for Plaintiffs

Dated: June 18, 2009          MASTAGNI, HOLSTEDT, AMICK,
                                        MILLER, JOHNSEN & UHRHAMMER

                                        By: /s/ James B. Carr
                                        jcarr@mastagni.com

                                        Attorney for Defendants,
                                        Local Union 522, Patrick Monahan, and Brian Rice

Dated: June __, 2009          Lewis Brisbois Bisgaard & Smith LLP

                                        By: /s/ Joseph Salazar
                                        Joseph Salazar,

                                        Attorney for Defendants,
                                        Sacramento Metropolitan Fire District, Matt Kelly, Greg Grenados

**IT IS SO ORDERED.**

DATED:  June 22, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE