IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK THOMSEN,

     Plaintiff,                              No. CIV S-09-1108 KJM EFB

     vs.

SACRAMENTO METROPOLITAN
FIRE DISTRICT, et al.,

     Defendants.                   ORDER

_____/

On March 28, 2012, the court heard, on shortened time, plaintiff's motion to compel defendant (1) to comply with this court's March 12, 2012 order compelling further responses and production of documents; (2) to produce all documents identified in their Rule 26 disclosure; and (3) to provide supplemental responses to plaintiff's first set of interrogatories to defendant. Dckt. No. 56; *see also* Dckt. No. 54.  Attorneys Nilesh Choudhary and Joel Rapaport appeared at the hearing on behalf of plaintiff and attorney Matthew Engebretson appeared on behalf of defendant.

As stated on the record, and for the reasons stated on the record, that motion, Dckt. No. 56, is granted in part and denied in part, with each party to bear its own costs.  Additionally, as stated on the record, in light of the April 2, 2012 discovery completion deadline, the parties' stipulation for an order shortening time on plaintiff's motion to compel further responses to

1

special interrogatories, set two, and plaintiff's request for production of documents, set two, Dckt. No. 60, will not be signed, and that motion to compel will not be heard.[1] *See* E.D. Cal. L.R. 144(e) ("Stipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect.").

SO ORDERED.

DATED: March 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Of course, the parties are free to agree between themselves to conduct discovery beyond the discovery completion deadline, with the understanding that the court will not resolve any disputes resulting from that agreement, or they may seek an extension of the discovery deadline from the assigned district judge.

2